PER CURIAM.
 

 This appeal is treated as a petition for writ of prohibition and is denied.
 

 This court issued an order directing appellant to show cause, pursuant to
 
 State v. Spencer,
 
 751 So.2d 47 (Fla.1999), why he should not be barred from further challenging his conviction in Columbia County
 
 *734
 
 Circuit Court Case Number 99-637-CF, unless he were represented by counsel. We conclude from our review that appellant’s repetitive attacks on his conviction are an abuse of the legal process that has had and will have an adverse effect upon this court’s limited resources if the attacks are allowed to continue. Accordingly, we prohibit appellant from filing any further
 
 pro se
 
 pleadings in this court challenging his conviction in Columbia County Circuit Court Case Number 99-637-CF, regardless of the remedy sought or theory raised, unless he is represented in such proceeding by a member in good standing of The Florida Bar. We further direct the clerk of this court not to accept any additional
 
 pro se
 
 filings in this case from appellant.
 

 HAWKES, C.J., BARFIELD, and DAVIS, JJ., concur.